## LaSalle Extension University, Plaintiff in Error, v. John H. Stelle, Defendant in Error.

### (Not to be reported in full.)

Error to the County Court of Hamilton county; the Hon. J. S. SNEED, Judge, presiding. Heard in this court at the March term, 1916. Reversed and remanded. Opinion filed November 13, 1916.

### Statement of the Case.

Action by LaSalle Extension University, plaintiff, against John H. Stelle, defendant, on a contract for the sale of a set of law books and a course of instruction. From a judgment against plaintiff for costs, plaintiff brings error.

J. WILSON JONES, for plaintiff in error.

J. H. LANE, for defendant in error.

MR. JUSTICE McBRIDE delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1787*—*when judgment reversed for failure to file brief.* The judgment of the lower court may be reversed *pro forma* under Rule 27 of the Appellate Court where the defendant in error fails to file a brief.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.